```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00310-RNO
Kemal Jadadic                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 1              Date Rcvd: Jul 06, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2020.
           +Sanela Jadadic,    1382 Whispering Hills Court,    Effort, PA 18330-7769

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com,    JSpears@ecf.courtdrive.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Philip W. Stock    on behalf of Debtor 1 Kemal  Jadadic pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kemal Jadadic<br>　　　　　<u>Debtor</u><br><br>Bayview Loan Servicing, LLC<br>　　　　　<u>Movant</u><br>　　vs.<br><br>Kemal Jadadic<br>　　　　　<u>Debtor</u><br><br>Senela Jadadic<br>Charles J. DeHart, III, Esquire<br>　　　　　<u>Additional Respondents</u> | CHAPTER 13<br><br><br>NO. 20-00310 RNO<br><br><br><br>11 U.S.C. Section 362 and 1301 |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: July 6, 2020　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　Robert N. Opel, II, Bankruptcy Judge　(DG)