```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 20-00310-RNO
Kemal Jadadic                                                       Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke         Page 1 of 1            Date Rcvd: Aug 19, 2020
                             Form ID: ordsmiss       Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
```
db              +Kemal Jadadic,    1382 Whispering Hills Ct.,    Effort, PA 18330-7769
5295647         +Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
5299911         +Bayview Loan Servicing, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                  P.O. Box 17933,    San Diego, CA 92177-7921
5295649         +James Warmbrodt, Esquire,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5295650         +Janet M. Spears, Esquire,    Aldridge Pite, LLP,    4375 Jutland Drive,
                  San Diego, CA 92117-3600
5295651         +Matthew K. Fissel, Esquire,    KML Law Group, P.C.,    Mellon Independence Center,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5295645         +Philip W. Stock, Esquire,    706 Monroe Street,    Stroudsburg, PA 18360-2270
5295644         +Sanela Jadadic,    1382 Whispering Hills Ct.,    Effort, PA 18330-7769
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5311713          EDI: GMACFS.COM Aug 19 2020 23:38:00     Ally Bank,   PO Box 130424,    Roseville, MN 55113-0004
5295646         +EDI: GMACFS.COM Aug 19 2020 23:38:00     Ally Financial,   PO Box 130424,
                  Roseville, MN 55113-0004
5318274         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 19 2020 19:50:11
                  Bayview Loan Servicing, LLC,    4425 Ponce De Blvd., 5th Floor,    Coral Gables FL 33146-1873
5295648          EDI: JPMORGANCHASE Aug 19 2020 23:38:00     Chase Cardmember Services,   PO Box 6294,
                  Carol Stream, IL 60197
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5295643*        +Kemal Jadadic,    1382 Whispering Hills Ct.,    Effort, PA 18330-7769
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com,    JSpears@ecf.courtdrive.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Philip W. Stock    on behalf of Debtor 1 Kemal  Jadadic pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kemal Jadadic,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:20–bk–00310–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 19, 2020

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

ordsmiss (05/18)